IN THE UNITED STATES DISTRICT COURT
FOR THE SOURTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD R. ARISPE, JIMMY A. BURKE, PEGGY E. BURKE, TODD B. BURKE, JOSE J. COLLADO, ADELA C. COLLADO, CHARLES K. COLVIN, C&C ERECTION, INC., NANCY GORDON, SUSAN W. HACKNEY, DON H. JONES, SUZANN S. JONES, WILLIAM A. RHODES, JR., DAWN SCHUESSLER, KENNETH W. SEARS, KENNETH W. SEARS, JR., REINE M. SEARS, DANIEL J. SEARS, KENNETH W. SEARS, III, JUDY STRICKLAND, ELIZABETH STEIN, AND SHANA L. STEIN, <br><br>Petitioners, <br><br>v. <br><br>MORGAN KEEGAN & CO., INC., <br><br>Respondent. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>NO. 4:11-_____ |

## MOTION TO VACATE ARBITRATION AWARD

Pursuant to 9 U.S.C. § 10, and subject to their Rule 12905 Request filed with the Financial Industry Regulatory Authority ("FINRA"), Petitioners Richard R. Arispe, Jimmy A. Burke, Peggy E. Burke, Todd B. Burke, Jose J. Collado, Adela C. Collado, Charles K. Colvin, C&C Erection, Inc., Nancy Gordon, Susan W. Hackney, Don H. Jones, Suzann S. Jones, William A. Rhodes, Jr., Dawn Schuessler, Kenneth W. Sears, Kenneth W. Sears, Jr., Reine M. Sears, Daniel J. Sears, Kenneth W. Sears, III, Judy Strickland, Elizabeth Stein, and Shana L. Stein (collectively, the "Petitioners" or "Claimants") move this Court to (1) vacate the arbitration award ("Award") of FINRA Dispute Resolution entered in favor of Respondent Morgan Keegan & Co., Inc. ("Morgan Keegan" or "Respondent"); (2) in the alternative, vacate the erroneous and improper award of attorneys' fees and costs assessed against the Claimants; and (3) order the

Director of FINRA to submit additional documents to the arbitrators to clarify and correct the Award.

Vacatur of the Award is warranted in this case for the following reasons: (1) at least one arbitrator exceeded his powers by preventing Petitioners from presenting their case; (2) at least one arbitrator showed evident partiality towards Morgan Keegan; (3) at least one arbitrator did not understand the law and was not qualified to be a FINRA arbitrator; (4) the arbitrators relied on false testimony; and (5) collateral estoppel prevents Morgan Keegan from re-litigating these claims.

This Motion is based upon this Motion, the accompanying Petitioners' Brief in Support of Motion to Vacate Arbitration Award, the exhibits to the accompanying Brief, the accompanying proposed Order, and any other material that the Court may properly consider in ruling in this Motion.

A case related to the above-entitled cause is currently awaiting ruling by Judge Lynn Hughes in Civil Action No. H-10-cv-4308. Petitioners in this matter would request that this action be similarly assigned to the court of Judge Hughes as a related matter.

                                                        Respectfully submitted

                                                        */s/ Paul J. Dobrowski*
                                                        Paul J. Dobrowski
                                                        State Bar No. 05927100
                                                        SDTX. No. 3208
                                                        pjd@doblaw.com

                                                        ATTORNEY IN CHARGE FOR PETITIONERS

OF COUNSEL:
**DOBROWSKI L.L.P.**
Bruce B. Kemp
State Bar No. 11255100
SDTX No. 92
bkemp@doblaw.com
Cody W. Stafford
State Bar No. 24043984
SDTX No. 1129436
cstafford@doblaw.com
4601 Washington Avenue, Suite 300
Houston, Texas 77007
Tel:     (713) 659-2900
Fax:    (713) 659-2908

## CERTIFICATE OF SERVICE

I hereby certify that all parties have been served with the foregoing document and any and all exhibits thereto via ECF and overnight delivery on this 21st day of March 2011:

Jennifer Tomsen
**GREENBERG TRAURIG, L.L.P.**
1000 Louisiana, Suite 1700
Houston, Texas 77002

Stephen Cormac Carlin
Penelope Brobst Blackwell
**GREENBERG TRAURIG, L.L.P.**
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201

Terry R. Weiss
**GREENBERG TRAURIG, L.L.P.**
3290 Northside Parkway
Suite 400 The Forum
Atlanta, Georgia 30327

/s/ Bruce B. Kemp
Bruce B. Kemp