ARBITRATION PROCEEDINGS - DAY 2 - October 13, 2010
ARISPE, ET AL VS. MORGAN KEEGAN, & COMPANY

BEFORE FINRA DISPUTE RESOLUTION

In the Matter of the Arbitration Between:

RICHARD R. ARISPE, JIMMY A.         )
BURKE, PEGGY E. BURKE, TODD         )
B. BURKE, JOSE J. COLLADO,          )
ADELA CHRISTINE COLLADO,            )
CHARLES K. COLVIN, C & C            )
ERECTION, INC., NANCY GORDON,)
SUSAN W. HACKNEY, DON H.            )
JONES, SUZANN S. JONES,             )
WILLIAM A. RHODES, JR., DAWN )
SCHUESSLER, KENNETH W. SEARS,)
KENNETH W. SEARS, JR., REINE )
M. SEARS, DANIEL J. SEARS,          )
KENNETH W. SEARS, III, JUDY  )
STRICKLAND, ELIZABETH STEIN &)
SHANA L. STEIN,                     )
      Claimants           )
v.                                  ) FINRA CASE NO. 09-006655
                                    )
MORGAN KEEGAN & COMPANY,            )
      Respondent.

DAY 2

ARBITRATION PROCEEDINGS

October 13, 2010

ARBITRATION PROCEEDINGS was taken in the above-styled and numbered cause on the 13th day of October, 2010, from 8:58 a.m. to 5:36 p.m., before Kelly Hanna, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Greenberg Traurig, 1000 Louisiana, Suite 1700, Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

HANNA & HANNA, INC.
(713) 840-8484


EXHIBIT G

ARBITRATION PROCEEDINGS - DAY 2 - October 13, 2010
ARISPE, ET AL VS. MORGAN KEEGAN, & COMPANY

Page 485

1 course, Dr. McCann, that three-month treasuries declined
2 during 2007?
3   A.  No, I keep telling you, that's not true.
4   Q.  Treasury yields. Treasury yields.
5   A.  Let me finish, please. I'm not interrupting
6 you, Mr. Weiss.
7       MR. KERR: Just a minute. One at a time.
8       MR. WEISS: I'm trying to correct my
9 question because every time I say treasuries, he thinks
10 I'm saying treasury prices and I'm actually trying to
11 say treasury yields. But that's my fault, okay?
12   Q.  (BY MR. WEISS) Treasury yields dropped in 2007?
13   A.  Yes.
14   Q.  Thank you.
15       Now, Dr. McCann, I want to go to your
16 analysis on your internally-priced securities. And that
17 would be -- if you can help us with the tab number.
18       MR. DOBROWSKI: I think 20.
19       THE WITNESS: Twenty-four.
20       MR. DOBROWSKI: I'm sorry. Twenty-four.
21 I was wrong.
22   Q.  (BY MR. WEISS) All right. I'm just going to
23 look at the report that you did for RMH, but you have a
24 similar report for the other three closed-end funds,
25 correct?

Page 486

1   A.  Yes.
2   Q.  All right. And you have obtained the
3 information from -- that allowed you to prepare this
4 report from where?
5   A.  The quarterly filings with the SEC. So, the
6 RMK quarterly findings with the SEC.
7   Q.  And those quarterly filings have been on file
8 for several years, correct?
9   A.  Some of them, yes. Some of them fewer than
10 three years; but, yeah, for instance, one of the filings
11 would have been on file for two years, but some of them
12 at most maybe three years.
13   Q.  All right. And the information in those
14 filings hasn't changed in the last year, correct?
15   A.  No, I think it has. At least two of the
16 filings that we're talking about include financial
17 statements that have been withdrawn. So, I think that
18 the filings have changed.
19   Q.  A financial statement has been withdrawn?
20   A.  Yeah. Maybe -- maybe a lawyer would say it
21 differently, but I -- I think that the auditor of these
22 Funds has said that the financial statements can no
23 longer be relied upon and that they're withdrawing their
24 audit opinion on them.
25   Q.  Dr. McCann, can you show any document to this

Page 487

1 Panel that the auditor has in any way stated that the
2 audit that they have given for any of these Funds is no
3 longer deemed to be a clean audit?
4   A.  Oh, yes. I think that Helios itself says it in
5 a couple of places.
6   Q.  Dr. McCann, in your reports you indicate, for
7 example, on Tab 3, you indicate that RHY's identified --
8 this is Page 23 -- identifiable losses were in -- you
9 give a certain percentage -- in structured finance. You
10 see that?
11   A.  Yes.
12   Q.  Okay. And the term "identifiable losses,"
13 where is that in the financial dictionary? Is that
14 something that is generally -- is it a term that is
15 generally understood and recognized in the securities
16 industry, or is it something else?
17   A.  Well, I don't know. I can explain to you what
18 I mean by identifiable losses. I think I have done that
19 already, but I don't know whether it's in a new Paul
20 Grave dictionary of financial terms or not.
21   Q.  But that's a term that you've used and you've
22 created. Isn't that correct, Dr. McCann?
23   A.  That's correct.
24   Q.  And, in fact, for example, in any of your
25 charts which use this term "identifiable losses," if a

Page 488

1 security was bought after March and then sold before
2 June, it wouldn't be reflected in these reports, would
3 it?
4   A.  That's correct.
5   Q.  And, in fact, there were securities that were
6 bought in these Funds during that time frame; isn't that
7 right?
8   A.  Well, none of your public filings would state
9 that. So, I don't know that to be true.
10   Q.  Dr. McCann, it's true that your reports of
11 identifiable losses would not include securities that
12 were bought before March and sold before June. Isn't
13 that right?
14   A.  That's correct. You've already asked me, yes.
15   Q.  And isn't it true, Dr. McCann, that your
16 reports of identifiable losses would not include
17 securities that were bought after March and held after
18 June?
19   A.  Unless it was also held after September, that's
20 correct.
21   Q.  And your -- and, again, we're just speaking in
22 that first time frame. Your reports of identifiable
23 losses would not include securities that were held in
24 March and held after June, correct, Dr. McCann?
25   A.  I'm sorry. I didn't understand that. Could

```
 1  STATE OF TEXAS
 2  COUNTY OF HARRIS
 3
 4                 REPORTER'S CERTIFICATE
 5                  ARBITRATION HEARING
 6                   October 13, 2010
 7
 8       I, the undersigned Certified Shorthand Reporter in
 9  and for the State of Texas, certify that the facts
10  stated in the foregoing pages are true and correct.
11       I further certify that I am neither attorney or
12  counsel for, related to, nor employed by any parties to
13  the action in which this testimony is taken and,
14  further, that I am not a relative or employee of any
15  counsel employed by the parties hereto or financially
16  interested in the action.
17       SUBSCRIBED AND SWORN TO under my hand and seal of
18  office on this the _____ day of _____,
19  _____.
20                        _____
21                        Kelly Hanna, CSR, RPR, CRR, CMRS
                          Texas CSR 1654
                          Expiration:  12/31/2011
22                        Firm Registration No. 581
                          1225 North Loop West
23                        Suite 327
                          Houston, Texas 77008
24                        713.840.8484 - 713.626.1966
                          www.hannareporting.com
25
```

Digitally signed by Kelly Hanna
Date: 2010.10.20 10:40:50 -07:00
Reason: I am the author of this document
Location: Houston, TX