**ARBITRATION PROCEEDINGS - Day 6 - January 30, 2011**
**ARISPE, ET AL vs. MORGAN, KEEGAN & COMPANY**

BEFORE FINRA DISPUTE RESOLUTION

In the Matter of the Arbitration Between:

RICHARD R. ARISPE, JIMMY A.         )
BURKE, PEGGY E. BURKE, TODD         )
B. BURKE, JOSE J. COLLADO,          )
ADELA CHRISTINE COLLADO,            )
CHARLES K. COLVIN, C & C            )
ERECTION, INC., NANCY GORDON,       )
SUSAN W. HACKNEY, DON H.            )
JONES, SUZANN S. JONES,             )
WILLIAM A. RHODES, JR., DAWN        )
SCHUESSLER, KENNETH W. SEARS,       )
KENNETH W. SEARS, JR., REINE        )
M. SEARS, DANIEL J. SEARS,          )
KENNETH W. SEARS, III, JUDY         )
STRICKLAND, ELIZABETH STEIN &       )
SHANA L. STEIN,                     )
      Claimants                    )
v.                                  ) FINRA CASE NO. 09-006655
                                    )
MORGAN KEEGAN & COMPANY,            )
      Respondent.

ARBITRATION PROCEEDINGS
January 30, 2011
Day 6

    ARBITRATION PROCEEDINGS was taken in the above-styled and numbered cause on the 30th day of January, 2011, from 9:01 a.m. to 4:55 p.m., before Kelly Hanna, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Greenberg Traurig, 1000 Louisiana, Suite 1700, Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

**HANNA & HANNA, INC.**
(713) 840-8484


EXHIBIT H

ARBITRATION PROCEEDINGS - Day 6 - January 30, 2011
ARISPE, ET AL vs. MORGAN, KEEGAN & COMPANY

### Page 1530

1  A. Well, a modern portfolio theory is based on the
2  importance of asset allocation and diversification,
3  that, in fact, you cannot -- you cannot really
4  outperform a -- a broadly diversified portfolio based on
5  risk and reward. So, it's -- it's -- it's the standard
6  that we're using in the industry. But I think more
7  importantly, I think it was Mr. Kelsoe's experience in
8  the past where you could have corporate bonds, for
9  example, in certain recessions falling a lot more than,
10 perhaps, other types of securities and he wanted to be
11 able to manage that kind of risk by -- through
12 diversification.
13  Q. Such as in the early 2000s with Enron and
14 WorldCom, et cetera?
15  A. That's correct.
16  Q. We'll talk about that in a bit.
17     Let's move on to your next slide about
18 disclosure to holdings. What does this indicate?
19  A. If you wanted to know as an investor what these
20 funds held over time, you would not go to the
21 prospectus. You would go to the semi-annual and the
22 annual reports. And the next couple of pages I have an
23 example of what that would have told you. Page 26 is
24 just how the annual report is disclosed. If you go to
25 Page 27, I have, just as a backdrop, the March 31st,

### Page 1531

1  2006 annual report for the -- I said RMK Funds. Oh, the
2  RMH. So, the RMK High Income Fund. What I've done is
3  I -- on the left-hand side, I've broken out the various
4  asset types, the way it was listed in these annual
5  reports and you can see how they divided all of the
6  securities in -- in these asset types. So, you would
7  have found asset-backed securities divided by investment
8  grade, noninvestment grade; corporate bonds by
9  investment grade and noninvestment grade;
10 mortgage-backed securities by investment grade and
11 noninvestment grade; and then you have agencies and
12 munis and common stocks, preferred stocks, corporate
13 loans and deposits.
14  Q. So, these reports listed out all of the
15 holdings of that fund at that time, correct?
16  A. That's correct.
17  Q. Now, could you, sir, looking at this listing,
18 was it possible to determine whether any of these were
19 tranched securities?
20  A. Yes.
21  Q. How would you do that?
22  A. Well, there are a couple of different ways.
23 When you look at the annual reports, and you can see
24 they're here in the backdrop, for example, the equipment
25 leases, you can just take one of the securities there.

### Page 1532

1  The full name of that particular security is in there.
2  It's AERCO Limited 2AA3, 5.2 percent and then a final
3  maturity of 2025. That is the full name of that
4  security. If you wanted to know what that security was,
5  you would go to Bloomberg, for example, and just plug it
6  in and it will pull up, not only the description of that
7  security, but if it was part of a -- an asset-backed or
8  a tranched security, it would also give you all the
9  other securities in that -- in that structure.
10  Q. Okay. So, when you pull it up, it would show
11 you that tranche and then all the other tranches within
12 that particular CDO, for example?
13  A. Yes, sir.
14  Q. So, you could see where it stood in the
15 structure, right?
16  A. Yes.
17  Q. Okay. Let's go ahead to the next slide. Why
18 have you included the auditor's opinion here?
19  A. Well, just to show you that over time these
20 annual reports were audited and that each and every time
21 the -- the auditor's report gave the funds a clean bill
22 of health.
23  Q. Well, it's been suggested that those clean
24 bills of health have been withdrawn. Have they?
25  A. No, I don't think they have.

### Page 1533

1  Q. Well, have you seen anything in your review of
2  any of the filings indicating that the auditor's clean
3  opinions were withdrawn?
4  A. No, I have not.
5  Q. Let's go on to the next slide, please, sir.
6  It's a multi-colored bar graph.
7  A. Yes.
8  Q. What's -- what are you trying to demonstrate
9  for the Panel here, sir?
10  A. Well, just to show you what the asset
11 allocation was for the different funds over time. So,
12 it's -- it's colorful and it's not always easy to see
13 the specific colors, but, for example, on Page 29, I
14 have gone to the semi-annual and the annual reports for
15 the RMK High Income Fund and I have tracked the various
16 asset allocations over time. You can see, starting in
17 September 2003, the blue part of the bar up on top, it
18 says 24.55 percent. If you follow that one across, that
19 is actually representing corporate -- the percentage of
20 corporate bonds in the portfolio over time, and it
21 varies from 24 down to 11 and then it goes back up
22 towards 40 percent towards the end.
23  Q. And how do these changes take effect? How do
24 they occur?
25  A. This is just showing you that Mr. Kelsoe, as

ARBITRATION PROCEEDINGS - Day 6 - January 30, 2011
ARISPE, ET AL vs. MORGAN, KEEGAN & COMPANY

1  STATE OF TEXAS
2  COUNTY OF HARRIS
3
4              REPORTER'S CERTIFICATE
5              ARBITRATION HEARING
6              January 30, 2011
7
8       I, the undersigned Certified Shorthand Reporter in
9  and for the State of Texas, certify that the facts
10 stated in the foregoing pages are true and correct.
11      I further certify that I am neither attorney or
12 counsel for, related to, nor employed by any parties to
13 the action in which this testimony is taken and,
14 further, that I am not a relative or employee of any
15 counsel employed by the parties hereto or financially
16 interested in the action.
17      SUBSCRIBED AND SWORN TO under my hand and seal of
18 office on this the 7th day of February, 2011.

*Digitally signed by Kelly Hanna*
*Date: 2011.02.07 11:43:18 -08:00*
*Reason: I am the author of this document*
*Location: Houston, TX*

Kelly Hanna, CSR, RPR, CRR, CMRS
Texas CSR 1654
Expiration: 12/31/2011
Firm Registration No. 581
1225 North Loop West, Suite 327
Houston, Texas 77008
713.840.8484 - 713.626.1966
www.hannareporting.com

HANNA & HANNA, INC.
(713) 840-8484

1b484990-f0f6-4521-9a77-679b06760305