IN THE UNITED STATES DISTRICT COURT
FOR THE SOURTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD R. ARISPE, JIMMY A. BURKE, PEGGY E. BURKE, TODD B. BURKE, JOSE J. COLLADO, ADELA C. COLLADO, CHARLES K. COLVIN, C&C ERECTION, INC., NANCY GORDON, SUSAN W. HACKNEY, DON H. JONES, SUZANN S. JONES, WILLIAM A. RHODES, JR., DAWN SCHUESSLER, KENNETH W. SEARS, KENNETH W. SEARS, JR., REINE M. SEARS, DANIEL J. SEARS, KENNETH W. SEARS, III, JUDY STRICKLAND, ELIZABETH STEIN, AND SHANA L. STEIN, <br><br>Petitioners, <br><br>v. <br><br>MORGAN KEEGAN & CO., INC., <br><br>Respondent. | § § § § § § § § § § § § § § § § § § § § § <br><br>NO. 4:11-_____ |

## ORDER VACATING ARBITRATION AWARD

On this day came on for consideration Petitioners' Motion and Supporting Brief to Vacate Arbitration Award. This Court finds that the Arbitration Award entered by a panel of arbitrators of the Financial Industry Regulatory Authority ("FINRA") Dispute Resolution in favor of Morgan Keegan & Company, Inc. (FINRA Case No. 09-06655) should be vacated.

IT IS HEREBY ORDERED that Petitioners' Motion to vacate is GRANTED.

IT IS HEREBY FURTHER ORDERED that this matter be remanded to FINRA for a rehearing with a new arbitration panel pursuant to the Federal Arbitration Act 9, U.S.C. § 1, *et seq.*

SIGNED this ____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE