IN THE UNITED STATES DISTRICT COURT
FOR THE SOURTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD R. ARISPE, JIMMY A. BURKE, PEGGY E. BURKE, TODD B. BURKE, JOSE J. COLLADO, ADELA C. COLLADO, CHARLES K. COLVIN, C&C ERECTION, INC., NANCY GORDON, SUSAN W. HACKNEY, DON H. JONES, SUZANN S. JONES, WILLIAM A. RHODES, JR., DAWN SCHUESSLER, KENNETH W. SEARS, KENNETH W. SEARS, JR., REINE M. SEARS, DANIEL J. SEARS, KENNETH W. SEARS, III, JUDY STRICKLAND, ELIZABETH STEIN, AND SHANA L. STEIN,<br><br>Petitioners,<br><br>v.<br><br>MORGAN KEEGAN & CO., INC.,<br><br>Respondent. | §§§§§§§§§§§§§§§§§§ <br><br> NO. 4:11-CV-01051 |

## ORDER ON PETITIONERS' NOTICE OF DISMISSAL

After considering Petitioners' Notice of Dismissal, the Court is of the opinion that is should be granted. It is therefore

ORDERED, ADJUDGED AND DECREED that Petitioners' Notice of Dismissal is **GRANTED** and that this case is hereby dismissed with prejudice.

SIGNED on __April 13__, 2011.

_____
HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE